UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL CORDERO, JR., <br><br> Plaintiff, <br><br> -v- <br><br> ANDREW SAUL, <br> Commissioner Of Social Security, <br><br> Defendant | Civil Action No. 20-cv-8317 <br><br> **FINAL JUDGMENT** |

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this __6th__ day of __May__, 2021,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge