**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL CORDERO, JR.,

                        Plaintiff,              20 **CIVIL** 8317 (PGG) (OTW)

           -v-                         **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated May 6, 2021, that the final decision of the Commissioner be and hereby is reversed, and the matter is remanded to the Defendant for further administrative action under the fourth sentence of 42 U.S.C. § 405(g); and it is further ORDERED that the within matter, be and hereby is dismissed with prejudice.

**Dated:** New York, New York
        May 7, 2021

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court
                               **BY:**
                                                     **Deputy Clerk**